# Exhibit 1

Mikoe Z. Tretola, Esq. (State Bar No. 342787)
Evan M. Dotta, Esq. (State Bar No. 338451)
mw@misterwolflaw.com
evan@misterwolflaw.com
e-service@misterwolflaw.com
**MISTER WOLF, P.C.**

Brian S. Letofsky, Esq. (SBN 159232)
Daniel R. Watkins, Esq. (SBN 163571)
Brian.Letofsky@wl-llp.com
dw@wl-llp.com
**WATKINS & LETOFSKY, LLP**
2900 S. Harbor Boulevard, Suite 240
Santa Ana, CA 92704
Telephone: (949) 476-9400
Facsimile: (949) 476-9407

ELECTRONICALLY FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT
7/3/2025 10:37 AM
By: Eric Rowe, DEPUTY

Attorneys for Plaintiff, COACH-AIR LLC

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN BERNARDINO

| | |
|---|---|
| COACH-AIR LLC, a California limited liability company, | Case No. CIVSB2519329 |
| PLAINTIFF, | **PLAINTIFF'S COMPLAINT FOR:** |
| v. | 1. **INSURANCE BAD FAITH** |
| DAVIES US., LLC., a Delaware Limited Liability Company; PREMIER CLAIMS MANAGEMENT, LLC., a California Limited Liability Company; UNITED NATIONAL INSURANCE COMPANY, a Pennsylvania Corporation, INNOVATIVE RISK INSURANCE SERVICES, LLC., a Kentucky Limited Liability Company; GLOBAL INDEMNITY GROUP, LLC., a Delaware Limited Liability Company, BROWN AND RIDING INSURANCE SERVICES, INC., a Delaware Corporation, SOUTHWESTERN INSURANCE SERVICES, INC., a Florida Corporation; SOUTHWIND RISK RETENTION GROUP, INC., a South Carolina Corporation; MHC MANAGING GENERAL AGENCY, LLC., a South Carolina Limited Liability Company; and DOES 1 through 20, inclusive, | 2. **BREACH OF CONTRACT** |
| | **DEMAND FOR JURY TRIAL** |
| DEFENDANTS. | |

COMES NOW PLAINTIFF, COACH-AIR LLC and alleges as follows:

**JURISDICTION AND VENUE**

1.    This is an unlimited civil case, and the Court has jurisdiction over this action because the amount of controversy exceeds $35,000, exclusive of interest and costs.

2.    Jurisdiction and Venue are also proper in this Court because all the claims alleged herein arose in San Bernardino County and all Defendants are doing or did business in San Bernardino County and/or their principal place of business is in San Bernardino County, in each case, at the times relevant herein. *See also* California Code of Civil Procedure § 395, which provides that the venue is proper in this County because the harm to Plaintiff occurred in this County.

**PARTIES**

3.    Plaintiff COACH-AIR LLC (hereinafter, "COACH" or "Plaintiff") at all times relevant hereto was a California limited liability company doing substantial business in the County of San Bernardino and located at 1950 Hazel Olson Lane, Colton, CA 92324.

4.    Plaintiff is informed and believes, and thereon alleges, that Defendant DAVIES US, LLC ("DAVIES") is a limited liability company doing substantial business in the County of San Bernardino, incorporated in the state of Delaware, with its relevant business located at 6015 Resource Lane, Lakewood Ranch, FL 34202.

5.    Plaintiff is informed and believes, and thereon alleges, that Defendant PREMIER CLAIMS MANAGEMENT, LLC ("PCM") is a limited liability company doing substantial business in the County of San Bernardino, incorporated in the state of California, with its principal place of business located 2020 North Tustin Avenue, Santa Ana, CA 92705. Plaintiff is further informed and believes that PCM is a subsidiary, shell company, parent corporation, or the alter ego of all other defendants, including DAVIES.

6.    Plaintiff is informed and believe that Defendant UNITED NATIONAL INSURANCE COMPANY ("UNITED") is a corporation doing substantial business in the state of

COMPLAINT

California, county of San Bernardino, incorporated in the state of Pennsylvania, with its principal place of business located at 3 Bala Plaza East, Suite 300, Bala Cynwyd, PA 19004. Plaintiff is further informed and believes that UNITED is a subsidiary, shell company, parent corporation, or the alter ego of all other defendants, including Global Indemnity Group, LLC.

7.      Plaintiff is informed and believes, and thereon alleges, that Defendant INNOVATIVE RISK INSURANCE SERVICES, LLC ("IRIS") is a limited liability company doing substantial business in the state of California, county of San Bernardino, incorporated in the state of Kentucky, with its principal place of business located at 1945 Scottsville Rd, Building II, Suite #202 B, Bowling Green, KY 42104. Plaintiff is further informed and believes that IRIS is a subsidiary, shell company, parent corporation, or the alter ego of all other defendants, including Southwestern Insurance Services, Inc. and Southwind Risk Retention Group, Inc.

8.      Plaintiff is informed and believes, and thereon alleges that Defendant GLOBAL INDEMNITY GROUP, LLC ("GLOBAL") is a limited liability company doing substantial business in the state of California, county of San Bernardino, incorporated in the state of Delaware, with its principal place of business located at 112 S. French Street, Suite 105, Wilmington, DE 19801. Plaintiff is further informed and believes that GLOBAL is a subsidiary, shell company, parent corporation, or the alter ego of all other defendants, including UNITED.

9.      Plaintiff is informed and believes, and thereon alleges that Defendant BROWN AND RIDING INSURANCE SERVICES, INC. ("B&R") is a corporation doing substantial business in the state of California, county of San Bernardino, incorporated in the state of Delaware, with its principal place of business located at 901 Main St., Suite 3650 Dallas, TX 75202.

10.     Plaintiff is informed and believes, and thereon alleges that Defendant SOUTHWESTERN INSURANCE SERVICES, INC. ("SOUTHWESTERN") is a corporation doing substantial business in the state of California, county of San Bernardino, incorporated in the state of Florida, with its principal place of business located at 4375 Palm Ave, Hialeah, FL 33012.

11.     Plaintiff is informed and believes, and thereon alleges that Defendant

COMPLAINT

SOUTHWIND RISK RETENTION GROUP, INC. ("SOUTHWIND") is a corporation doing substantial business in the state of California, county of San Bernardino, incorporated in the state of South Carolina, with its principal place of business located at 1325 Park St, Suite 200, Columbia, SC 29201.

12.     Plaintiff is informed and believes, and thereon alleges that Defendant MHC MANAGING GENERAL AGENCY, LLC ("MHC") is a limited liability company doing substantial business in the state of California, county of San Bernardino, incorporated in the state of South Carolina, with its principal place of business located at 1325 Park St, Suite 200, Columbia, SC 29201. Plaintiff is further informed and believes that MHC is a subsidiary, shell company, parent corporation, or the alter ego of all other defendants, including SOUTHWIND.

13.     Plaintiff is informed and believes, and thereon alleges, that DOES 1 through 20, inclusive (hereinafter referred to as "DOES"), are or were individuals and/or are or were doing business at all times herein mentioned and material hereto in the State of California, and are/were the alter ego, agent, managing agent, principal, owner, partner, joint venture, representative, manager, and/or co-conspirator of each of the other defendants, and were at all times mentioned herein acting within the course and scope of said agency and employment, and that all acts or omissions alleged herein were duly committed with the ratification, knowledge, permission, encouragement, authorization and consent of each defendant designated herein.

14.     The true names and capacities, whether individual, corporate or associate, or otherwise, designated herein as DOES, are unknown to Plaintiff at this time, who, therefore, sue said DOES by such fictitious names and will ask leave of Court to amend this Complaint to show their true names and capacities when ascertained.

15.     Plaintiff is informed and believes and based thereon, alleges that at all times material hereto, DAVIES, PCM, UNITED, IRIS, GLOBAL, B&R, SOUTHWESTERN, SOUTHWIND, MHC, and DOES 1 through 20 (hereinafter collectively referred to as "Defendants") and each of them, were duly authorized agents, or servants, or representatives, or

COMPLAINT

co-conspirators of the other, or the alter ego, or the principal, or the owner, or representatives, and were acting at all times within the course and scope of their agency or representative capacity with the knowledge and consent of the other.

16.     Plaintiff is informed and believes, and on that basis alleges, that at all relevant times herein, each of the named Defendants, including but not limited to the insurance companies, their underwriters, and the insurance producer, were the agents, partners, joint venturers, alter egos, co-conspirators, and/or representatives of one another, and were acting within the course and scope of such agency, partnership, joint venture, and/or representative capacity in the sale, issuance, underwriting, and servicing of the subject insurance policy. There existed, and continues to exist, a unity of interest, ownership, and control among Defendants such that any individuality and separateness between them ceased to exist, and adherence to the fiction of separate legal existence would sanction a fraud and promote injustice.

17.     Plaintiff is further informed and believes, and on that basis alleges, that each Defendant authorized, directed, ratified, approved, and/or otherwise knowingly acquiesced in the acts, omissions, and conduct of the other Defendants related to the marketing, sale, and handling of the subject insurance policy, including the denial of coverage and failure to investigate Plaintiff's valid claim. Defendants collectively reaped the benefits of the premiums paid and operated in such a coordinated and unified manner that each is liable for the acts of the other. As such, Defendants are jointly and severally liable to Plaintiff under principles of alter ego and unity of interest.

## FACTUAL ALLEGATIONS

18.     Plaintiff is, and at all relevant times was, a commercial trucking company engaged in the business of operating motor vehicles and transporting freight for compensation.

19.     Beginning in or around January 2024, Plaintiff entered into a written insurance agreement with Defendant SOUTHWESTERN, whereby SOUTHWESTERN agreed to provide

COMPLAINT

insurance coverage for Plaintiff's commercial trucks in exchange for payment of a policy premium (hereinafter "the Policy"). Attached hereto as **Exhibit A** is a true and correct copy of the Policy with Plaintiff's personal information redacted.

20.    The term period for the Policy covered the duration from January 26, 2024, through January 26, 2025, and included coverage for physical damage to the insured property in the amount of $75,000:

Proposal For Insurance For Members Of Southern Kentucky Trucking Association

| Effective Date: | 01/26/2024 | | | | |
| Company Name: | Coach Air LLC | | | Owner's Name (first, last)   Isaac Flowers | |
| Address: | 1893 GLENMORE DR Fairfield CA 84555 | | | | |
| Cell Phone Number: | 3096860246 | | | Email Address: ISAACKFLOWERS@GMAIL.COM | |
| Cargo / Commodities Hauled: | SEE ATTACHED | | | | |
| Number of Years in Business: | 2 YEARS | | MC Number: 1381228 | DOT Number: 3797397 | |
| Radius of Operation: | 300+ MILES | | | | |

ALL FIELDS MUST BE COMPLETE IN ORDER TO BIND.

Equipment List:

| Item # | Year | Make | Type (truck/trailer) | VIN # | Stated Value (USD) |
|---|---|---|---|---|---|
| 1] 1 | 2019 | INTERNATIONAL | TRUCK | 3HSDZAPR8KN319142 | $75,000 |
| 2] | | | | | |
| 3] | | | | | |
| 4] | | | | | |
| 5] | | | | | |
| 6] | | | | | |
| 7] | | | | | |
| 8] | | | | | |
| 9] | | | | | |
| 10] | | | | | |

(See **Exhibit A** at p. 26).

21.    The underwriting entities for the Policy were Defendants SOUTHWIND and UNITED.

22.    In or around November 2024, Plaintiff entered into a second insurance agreement with Defendant SOUTHWESTERN for coverage of an additional commercial freight truck, again in exchange for payment of a policy premium.

23.    The underwriters of the second policy were likewise Defendants SOUTHWIND and UNTIED.

24.    On or about December 17, 2024, one of Plaintiff's insured vehicles sustained

damage while transporting a commercial load. Pursuant to the terms of the applicable insurance policy, SOUTHWESTERN was obligated to indemnify Plaintiff for the resulting loss.

25.    Plaintiff immediately notified SOUTHWESTERN of the accident and informed its agents that Plaintiff would be submitting a formal claim after collecting all necessary documentation.

26.    On or about December 19, 2024, Plaintiff timely submitted a claim to SOUTHWESTERN.

27.    Following submission of the claim, SOUTHWESTERN ceased all communication with Plaintiff. Plaintiff did not receive a claim number, status update, or any form of acknowledgment from SOUTHWESTERN, or any other Defendant.

28.    Plaintiff is informed and believes, and on that basis alleges, that SOUTHWESTERN unreasonably and negligently delayed its investigation of the claim, including its failure to contact relevant witnesses, communicate with the repair facility retained to fix Plaintiff's vehicle, or take any meaningful steps in good faith to evaluate Plaintiff's claim.

29.    As a result of these negligent acts and omissions, Plaintiff suffered substantial financial and emotional hardship, including the inability to operate the subject vehicle and generate income therefrom.

30.    On or about January 14, 2025, Plaintiff received a letter from Defendant IRIS purporting to deny coverage for the claim Plaintiff submitted to SOUTHWESTERN. This was the first and only communication Plaintiff had ever received from IRIS, which led Plaintiff to believe there was fraudulent activity by SOUTHWESTERN, IRIS, SOUTHWIND, and UNITED in the marketing, sale, resale, reinsurance, underwriting, procurement, facilitation, and administration of the insurance policy providing coverage for Plaintiff's losses.

31.    Plaintiff was confused by IRIS's involvement, as to his knowledge, IRIS had no role in issuing the subject insurance policy. Thus, Plaintiff subsequently contacted SOUTHWESTERN to seek clarification regarding IRIS's involvement and the status of his claim.

COMPLAINT

During that conversation, Plaintiff spoke with a representative named Connor Odonoghue, who disclosed that IRIS had engaged in fraudulent conduct in connection with the procurement, facilitation, and administration of other insurance claims with various third-party insureds.

32.    Plaintiff also requested a copy of his Master Policy. In response, Mr. Odonoghue provided a version of the relevant insurance policy that materially differed from the original, including, but not limited to, altered coverage limits, policy term dates, and premium amounts. Mr. Odonoghue later confirmed these discrepancies during a follow-up call with Plaintiff. These discrepancies further highlighted the fraudulent marketing, sale, resale, reinsurance, underwriting, procurement, facilitation, and administration of the insurance policy providing coverage for Plaintiff's commercial losses.

33.    On or about January 16, 2025, Plaintiff was contacted by non-party Great Lakes SE, which assigned a claims representative from Defendant DAVIES to investigate and review Plaintiff's claim. This marked the first instance in which any representative from either GREAT LAKES or DAVIES contacted Plaintiff regarding the claim or policy.

34.    DAVIES' representative, Angela Maier, issued a claim number and requested supporting documentation from Plaintiff to investigate the claim, which Plaintiff promptly submitted.

35.    Despite this, Plaintiff received no assurance that his claim would be reviewed or processed in an expeditious manner.

36.    From January 16, 2025, through May 2025, Defendants collectively and continuously failed to conduct a timely or adequate investigation of Plaintiff's claim, and failed to make a prompt determination regarding coverage.

37.    Plaintiff is informed and believes, and thereon alleges, that Defendants acted in bad faith by, among other things, (a) engaging in fraudulent insurance practices; (b) altering the terms of Plaintiff's policy to reflect a lower coverage limit than what was originally agreed to; (c) modifying the policy period and premium amounts; and (d) attempting to deny Plaintiff's valid

COMPLAINT

1 | claim based on pretextual and improper grounds.

2 | 38.    In April 2024, Defendant DAVIES affirmatively advised Plaintiff that he was

3 | covered under the relevant insurance policy. Nevertheless, as of the date of this Complaint, none

4 | of the Defendants have tendered any payment to Plaintiff under the policy.

5 | 39.    On June 13, 2025, Defendant DAVIES once again confirmed that it was responsible

6 | for covering Plaintiff's losses under the policy. Specifically, a DAVIES' representative emailed

7 | Plaintiff several documents, including a Statement of Loss and requested that Plaintiff sign and

8 | return the documents to reflect "settlement" of the matter. However, these documents again

9 | reflected inaccurate policy information that was inconsistent with the Plaintiff's originally

10 | purchased Policy – most notably by alleging Plaintiff's policy limit was nearly fifty percent less

11 | than the limit Plaintiff originally purchased.

12 | 40.    As a result of Defendants' continued bad faith handling of Plaintiff's claim

13 | described above, Plaintiff has yet to recover his benefits under the Policy.

14 | 41.    As a direct and proximate result of Defendants' conduct, Plaintiff has suffered

15 | extensive economic and non-economic damages, including, but not limited to, lost income,

16 | cancellation of business contracts, revocation of its license to operate, and the collapse of its

17 | commercial transportation business.

18 | 42.    Plaintiff is informed and believes, and thereon alleges that Defendants, and each of

19 | them, knowingly participated in and orchestrated the fraudulent marketing, sale, resale,

20 | resinsurance, underwriting, procurement, facilitation, and administration of the insurance policy

21 | that was represented as providing coverage for Plaintiff's commercial losses. Plaintiff further

22 | alleges that each Defendant, directly or indirectly, profited from or otherwise benefitted as a result

23 | of the wrongful and bad faith denial of coverage owed to Plaintiff under the applicable policy.

24 | 43.    Based on the foregoing conduct, Plaintiff seeks recovery under the following causes

25 | of action:

26 | / / /

COMPLAINT

///

# FIRST CAUSE OF ACTION

## Insurance Bad Faith

### (As to all DEFENDANTS)

44.　Plaintiff incorporates by reference paragraphs 1 through 43 as though fully set forth herein.

45.　Plaintiff entered into a valid and enforceable insurance contract with SOUTHWESTERN, wherein SOUTHWIND and UNITED were the underwriters.

46.　As to Plaintiff, the Policy was in effect at the time of Plaintiff's losses.

47.　Plaintiff fully satisfied all conditions precedent under the Policy for payment of the insurance benefits at issue.

48.　Despite Plaintiff's timely reported covered losses resulting that were covered by the Policy, Defendants unreasonably failed to investigate, failed to pay, and delayed paying benefits, relying in part on the unlawful and restrictive policy language, including but not limited to benefits for repairs and/or replacement of the loss, for repair and/or replacement of Plaintiff's property including the freight truck, and for loss of use in the form of contractual losses, incidental damages, consequential damages, cancellation of business contracts, revocation of Plaintiff's operator's license, and the collapse of its commercial transportation business.

49.　Defendants failed to conduct a full, fair, prompt, and thorough investigation of all of the bases of Plaintiff's claim.

50.　As evidence of Defendants' unreasonable, malicious, fraudulent, and oppressive conduct towards Plaintiff, Defendants' failure to investigate, failure to pay, and delayed payments of policy benefits amounted to unfair and unlawful prohibited acts pursuant to Insurance Code §§ 790.03(h) and 10 CCR § 2695.1 et seq.

51.　Defendants' failure to investigate, failure to pay, and refusal to pay policy benefits due under Plaintiff's policy is part of an institutional pattern of law violations, bad faith, malice,

COMPLAINT

and fraud.

52.     Defendants' failure to properly investigate, failure to pay, and refusal to pay policy benefits due under Plaintiff's policy was done intentionally and motivated by the goal of maximizing Defendants' profits. Defendants' conduct, including their failure to investigate Plaintiff's claims, delay in investigating the facts surrounding Plaintiff's claim, and delay in paying Plaintiff's benefits due under the policy was unreasonable, malicious, fraudulent, and oppressive, thus subjecting Defendants to an award of punitive damages pursuant to California Civil Code § 3294.

53.     As a direct and proximate result of Defendants' systematic bad faith, deliberate violations of California law, malicious, fraudulent, and oppressive conduct, Plaintiff was deprived of policy benefits and suffered consequential economic and non-economic damages.

54.     Defendants' bad faith, malicious, fraudulent, and oppressive conduct was a substantial factor in causing Plaintiff's injuries.

55.     Plaintiff asserts herein on information and belief that Defendants, their managing agents, officers, and directors were fully aware of, actively participated in, approved, and/or ratified the misrepresentations, concealment, fraudulent and oppressive conduct with respect to the administration of Plaintiff's policy and claim.

56.     In committing these acts, Defendants, their managing agents, officers, and directors acted intentionally, fraudulently, maliciously, and oppressively, as defined by warranting punitive damages.

## SECOND CAUSE OF ACTION

### Breach of Contractual Duty to Pay Covered Claim

### (As to all DEFENDANTS)

57.     Plaintiff incorporates by reference paragraphs 1 through 56 as though fully set forth herein.

58.     Defendants breached their legal obligations owed to Plaintiff under the Policy as

COMPLAINT

set forth above and throughout this Complaint, (i.e., failing to timely investigate Plaintiff's claim, failing to pay all benefits due for covered claims in violation of the Policy and California law, attempting to wrongfully deny paying Plaintiff's claim through unlawful and restrictive language policy language).

59.     As a direct and proximate result of Defendants' breach, Plaintiff sustained significant damages according to proof at trial including, but not limited to loss of policy benefits, economic and non-economic damages, lost income, cancellation of business contracts, revocation of Plaintiff's license to operate, and the collapse of its commercial transportation business.

60.     As a direct and proximate result of Defendants' breach, Plaintiff seeks an award of general damages, special damages, exemplary damages, costs and damages in excess of the jurisdictional minimum of this Court.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays for judgment against Defendants, and each of them, as follows:

1.     For withheld policy benefits in an amount no less than $75,000;

2.     For costs of suit and reasonable attorneys' fees to obtain policy benefits in an amount according to proof at trial;

3.     For punitive and exemplary damages, according to proof on each cause of action for which such damages are available in an amount that exceeds $2,500,000;

4.     For costs of suit herein incurred;

5.     For economic and emotional distress damages including loss of earnings, loss of Plaintiff's ability to continue business operations, loss of business opportunity, loss of prospective economic advantage, loss of future earnings, expectancy damages based in contract with other third-parties, and other consequential damages in an amount that exceeds $2,500,000;

6.     For pre- and post- judgement interest according to proof at trial;

7.     For total damages in an amount that exceeds $5,000,000; and

8.     For such other and further relief as the Court deems just and proper.

DATED:  July 3, 2025

By:     _Mikoe Tretola_
        MIKOE Z. TRETOLA, ESQ.
        EVAN M. DOTTA, ESQ.
        **MISTER WOLF, P.C.**

        BRIAN S. LETOFSKY, ESQ.
        DANIEL R. WATKINS, ESQ.
        **WATKINS & LETOFSKY, LLP**

        Attorneys for Plaintiff, COACH-AIR LLC

COMPLAINT

# EXHIBIT A

## SOUTHWIND RISK RETENTION GROUP, INC.
1325 PARK STREET SUITE 200, COLUMBIA, SC 29201

### QUOTE FOR COVERAGE
### 12-Month Policy Term

| Quote/Policy ref# | Q016247 |
|---|---|
| Effective from | 01/10/2024 |
| Quote date | 01/10/2024 |
| Quote expiry | 02/09/2024 |
| Agent | SOUTHWESTERN INSURANCE SERVICES, INC. |

| Insured | COACH-AIR LLC |
|---|---|
| | 1653 GLENMORE DR |
| | FAIRFIELD, CA 94533 |
| State | CA |

| PREMIUM BREAKDOWN | | TOTALS |
|---|---|---|
| Commercial Auto Liability (Per Auto) | $10,072.00 | |
| Number of covered autos | 1 | |
| Number of covered trailers | 0 | |
| Added Premium, Non-Owned Auto's | | |
| Total net premium | | $10,072.00 |

| TAXES AND FEES | | |
|---|---|---|
| Taxes | $543.89 | |
| Capitalization Fee | $1,510.80 | |
| Policy Administration Fee | $350.00 | |
| SMFI Fee | $705.04 | |
| Total annual cost | | $13,181.73 |

## Auto Coverage Part

| Description | Limits | Deductible |
|---|---|---|
| Liability To Others Bodily Injury and Property Damage Liability | $1,000,000.00 combined single limit | $1,000.00 |
| Basic Personal Injury Protection Without Workers Comp, Named Insured Only | NONE | $0.00 |
| Uninsured Motorist | NONE | |
| Underinsured Motorist | NONE | |
| Hired Auto | NONE | |
| Non-Owned | NONE | |
| Waiver of Subrogation | NONE | |

-1-

Quote/Policy ref# Q016247

| SUMMARY OF COVERED AUTOS | | | | |
|---|---|---|---|---|
| Make/model | VIN | Class | Year | Value |
| INTERNATIONAL | | TRACTOR | 2019 | |

| DRIVERS | | |
|---|---|---|
| Name | State | License Number |
| ISAAC FLOWERS | CA | |

Isaac Flowers (Jan 26, 2024 10:46 PST)

-2-

Quote/Policy ref# Q016247

## QUOTE ACCEPTANCE FORM
### 12-Month Policy Term

This proposal represents a general outline of coverage and is subject to the actual policy terms and conditions. This proposal does not bind

| | |
|---|---|
| Total liability premium | $10,072.00 |
| Taxes | $543.89 |
| Capitalization Fee | $1,510.80 |
| Policy Administration Fee | $350.00 |
| SMFI Fee | $705.04 |
| **Total annual cost** | **$13,181.73** |

Based upon the application/underwriting information supplied by the agent, the following quotation is offered through the company indicated above and is subject, where applicable, to approval of 3 year hard copy Loss Runs and acceptable MVR's. Any subsequent change to exposures, insured values or loss experience could result in a change of rate and premium.

This Quote for Coverage is subject to receipt of Signed Southwind Risk Retention Group application, current MVR's, any vehicle inspection report needed for all vehicles over 20 years of age, and any required medical certificate, if coverage is bound.

On behalf of: COACH-AIR LLC

Accepted

(signature)

Isaac Flowers (Jan 26, 2024 10:46 PST)

(print name and title)

ISAAC FLOWERS    OWNER

Date

01/25/2024

-3-

SOUTHWESTERN INSURANCE SERVICES, INC.
4375 PALM AVE
HIALEAH, FL 33012



Underwritten by:
MHC MANAGING GENERAL AGENCY LLC
01/10/2024
Policy Period: 01/10/2024 - 01/10/2025

COACH-AIR LLC
1653 GLENMORE DR
FAIRFIELD, CA 94533

Dear ISAAC FLOWERS:

Thank you for giving us the opportunity to quote your Commercial Auto insurance coverage.
SOUTHWIND RISK RETENTION GROUP, INC. (SOUTHWIND RRG) appreciates your business and we are
confident you will be pleased with your decision to purchase coverage through SOUTHWIND RRG.

Enclosed you will find:
- Your application. Please review and sign where indicated
- Policy documents that require your signature
- Request for additional information

**This policy is issued by your risk retention group. Your risk retention group may
not be subject to all of the insurance laws and regulations of your state. State
insurance insolvency guaranty funds are not available for your risk retention
group.**

Form Quote Cover Letter Phase I (8/2020)                                    Page 1 of 4



SOUTHWIND

Quote Number: Q016247
Policyholder: COACH-AIR LLC
01/10/2024
Policy Period: 01/10/2024 - 01/10/2025

## This information will complete your quote for insurance

Please review the items listed below and ***electronically sign the requested information*** as soon as possible. Your insurance premium is based on the information you provided on the application. If we do not receive the items requested, your insurance premium may change.

### Electronically Sign and return

- Your application
- Fraud Statement(ACORD 63 2013-09)
- California Uninsured Motorists Coverage Selection/Rejection(IL U 001 09 03)
- Driver Exclusion Form(Form 802)
- Agreement to Report All Drivers and Vehicles to Policy
- Insured Acknowledgement of Disclosure/Condition Form
- Quote for Coverage

Please Note: Review carefully as additional items may display on the back of this form. If no items are displayed, then no additional documentation is required at this time.

Form Quote Cover Letter Phase I (8/2020)

Page 2 of 4



Quote Number: Q016247
Policyholder: COACH-AIR LLC
01/10/2024
Policy Period: 01/10/2024 - 01/10/2025

## Policy and premium information for quote number Q016247

| | |
|---|---|
| Insurance Company: | SOUTHWIND RISK RETENTION GROUP, INC. |
| Agent: | SOUTHWESTERN INSURANCE SERVICES, INC.<br>4375 PALM AVE<br>HIALEAH, FL 33012 |
| Named Insured: | COACH-AIR LLC<br>1653 GLENMORE DR<br>FAIRFIELD  CA 94533 |
| Policy Period: | 01/10/2024 - 01/10/2025 |
| Total Premium, Fees & Taxes: | $13,181.73 |
| Down Payment Required: | $2,636.35 |
| Payment Plan: | 1 payments via Premium-Financed - 20% Down + 10 Installments |

Form Quote Cover Letter Phase I (8/2020)

Page 3 of 4



SOUTHWIND

Quote Number: Q016247
Policyholder: COACH-AIR LLC
01/10/2024
Policy Period: 01/10/2024 - 01/10/2025

## Auto Coverage Part

| Description | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others<br>Bodily Injury and Property Damage Liability | $1,000,000.00 combined single limit | $1,000.00 | $10,072.00 |
| Basic Personal Injury Protection<br>Without Workers Compensation – Named Insured Only | NONE | $0.00 | |
| Uninsured Motorist | NONE | | |
| Underinsured Motorist | NONE | | |

| | |
|---|---|
| **Subtotal Policy Premium** | **$10,072.00** |
| Taxes | $543.89 |
| Capitalization Fee | $1,510.80 |
| Policy Administration Fee | $350.00 |
| SMFI Fee | $705.04 |
| **Total 12 month policy premium, fees and taxes** | **$13,181.73** |

**The following is a copy of your application you submitted. Please review it and the other attached documents that require signature carefully! If you have any question, contact your insurance agent!**

*IB*
IF



**Commercial Auto Liability Insurance: Application**
Quote: Q016247    Date:    01/10/2024

## SOUTHWIND RISK RETENTION GROUP, INC. (SOUTHWIND RRG)
### 1325 PARK STREET SUITE 200, COLUMBIA, SC 29201

### NOTICE

This policy is issued by your risk retention group. Your risk retention group may not be subject to all of the insurance laws and regulations of your state. State insurance insolvency guaranty funds are not available for your risk retention group.

*GENERAL INFORMATION*

New Member_x___    _Renewal

Proposed Effective Date: 01/10/2024
Proposed Expiration Date : 01/10/2025
Policy Term : 12 month

| Agency | Address | Producer | Phone | Mobile | Fax | Email |
|---|---|---|---|---|---|---|
| SOUTHWESTERN INSURANCE SERVICES, INC. | 4375 PALM AVE HIALEAH, FL 33012 | | - | | | |

| Member Information | |
|---|---|
| Member's Company Name: COACH-AIR LLC | DBA Name: |
| Mailing Address : 1653 GLENMORE DR FAIRFIELD, CA 94533 Physical Address : 1653 GLENMORE DR FAIRFIELD, CA 94533 | If New Venture, please list previous employment and roles for Owner: SEE FILE - |
| Tax ID: | Company Contact Name/Position: ISAAC FLOWERS/ |
| Phone: | Contact Phone Number: |
| Fax: | Contact Mobile Number: |
| Email: | Contact Email: |
| SSN or FEIN: | |
| Inspection Contact/Phone Number: | Business Entity: |
| | Business Description: |
| Carrier Numbers: Liability MC No. DOT No. 3792389 | Payment Options: Premium-Financed – 20% Down + 10 Installments Finance Company Name : Imperial Premium Finance |
| How would you like to receive your policy and endorsements? | Paperless, sent via email |

*Coverage & Limit*

Garaging State: CA    Intrastate ☐    Interstate ☒

| Coverages | | Limits | | |
|---|---|---|---|---|
| Liability | | CSL Limits: Each Accident $1,000,000 | | |
| Deductible | | $1,000.00 | | |
| Basic Personal Injury Protection Without Workers Compensation — Named Insured Only | | Limits: NONE | | |
| Uninsured Motorists or Uninsured/Underinsured Motorists | | Limits: NONE | | |
| Hired Auto | Selected ☐ | Cost of Hire: | | |
| Non Ownership Liability | Selected ☐ | Group Type | Number of | |
| | | Employee | | |
| | | Volunteers | | |
| | | Partners | | |
| Waiver of Subrogation | Selected ☐ | | | |
| Capital Contribution Not Fully Earned | Selected ☐ | | | |

*Filings*

| | | | | |
|---|---|---|---|---|
| Are any State filings required? | ☒ No | ☐ Yes | | |
| Does applicant have Brokerage authority? | ☒ No | ☐ Yes | Under what name? Docket No. Insurance Carrier Name | |
| Are any special (oversize/overweight or city permits) filings required? | ☒ No | ☐ Yes | Canadian Province(s) | |





**SOUTHWIND**
INSURANCE GROUP

## Commercial Auto Liability Insurance: Application
Quote: Q016247        Date:    01/10/2024

| State Filings required for the following States: | | | | | |
|---|---|---|---|---|---|
| Are any USDOT/MCS90 filings required? | ☐ No | ☒ Yes | Limits of Liability: | | $750,000 |
| If yes, list filing requirements | | | | | |

### Vehicle Information

| No. | VIN | Year | Make | Model | Body Type | Autonomous Vehicle | Ownership Type | GVW/GCW |
|---|---|---|---|---|---|---|---|---|
| 1 | | 2019 | INTERNATIONAL | LT625 | TRACTOR | NO | OWNED | 33,001 |

### Underwriting Information

| Is Account Controlled? | | | | | |
|---|---|---|---|---|---|
| How many years has applicant been in business? | | | | | |
| How many years with Liability Insurance in own name? | 2.0 | | | | |
| Type of Carrier: | Motor Carrier ☒ | Private Carrier ☐ | Truck Broker ☐ | Freight Forwarder ☐ | Other ☐ |

### Officers/Stockholders Information

| Title | First Name | Last Name | Ownership % |
|---|---|---|---|
| | | | |

| | | | | |
|---|---|---|---|---|
| Has applicant ever operated under another name? | ☒ No | ☐ Yes | Please explain: | |
| Is Applicant engaged in any other type of business? | ☒ No | ☐ Yes | Please explain: | |
| Does Applicant operate private passenger vehicles? | ☒ No | ☐ Yes | | |
| Are they insured under a separate policy? | ☒ No | ☐ Yes | | |
| Name of Insurer: | | | | |
| Does Applicant allow relatives or passengers to accompany drivers? | ☒ No | ☐ Yes | | |
| Does Applicant haul containerized freight? | ☒ No | ☐ Yes | | |
| If fertilizer is hauled, is it: | ☒ None | ☐ Bagged | ☐ Dry Bulk | ☐ Liquid |
| Provide specific generic chemical name of all types of fertilizer carried: | | | | |
| Are Double trailers ever used? | ☒ No | ☐ Yes | What percentage? | |
| Are triple trailers ever used? | ☒ No | ☐ Yes | What percentage? | |
| Is livestock hauled? | ☒ No | ☐ Yes | | |
| Are any vehicles owned, operated or leased that are not included in the vehicle schedule? | ☒ No | ☐ Yes | Please explain: | |
| Do you have a signed trailer interchange agreement? | ☒ No | ☐ Yes | Please provide copy of lease agreement | |
| Are any vehicles or equipment loaned, rented, or leased to others? | ☒ No | ☐ Yes | Please explain: | |
| Do you use Sub-haulers, owner operators, independent contractors? | ☒ No | ☐ Yes | Please provide copy of contract agreement | |
| Do you lease, hire, rent, or borrow any vehicles from others without drivers? | ☒ No | ☐ Yes | | |
| | | | Will they be scheduled on the policy? ☐ No  ☐ Yes | |
| | | | What is the average term of the lease? | |
| Is the applicant an oversize or overweight hauler? | ☒ No | ☐ Yes | | |
| Does applicant perform retail or wholesale delivery? | ☒ No | ☐ Yes | | |
| Does applicant lease to other carriers? | ☒ No | ☐ Yes | List Carriers: | |
| Do other carriers trip lease to applicant? | ☒ No | ☐ Yes | | |
| Is Applicant full-time leased? | ☐ No | ☐ Yes | To whom? | |
| Does Applicant operate as a broker? | ☒ No | ☐ Yes | Please explain: | |
| Do you have interest or operate a motor carrier brokerage? | ☒ No | ☐ Yes | | |
| | | | Please provide MC # | |
| | | | Name of Brokerage | |
| Does the applicant do Hotshot deliveries? | ☒ No | ☐ Yes | | |
| Does the applicant haul coils, logs or pipes of any size or any oversize load on a flatbed trailer? | ☒ No | ☐ Yes | | |

### Operations

**Commodities Hauled**

| No. | Commodities | Revenue % |
|---|---|---|
| 1 | General Merchandise - GNM | 100.00 |

| Are ANY of the following commodities transported? |
|---|
| |

18
IF



**SOUTHWIND**
HIGH RESOLUTION GROUP

**Commercial Auto Liability Insurance: Application**

Quote: Q016247          Date:          01/10/2024

| ☐ Boats | ☐ Hay | ☐ Munitions |
|---|---|---|
| ☐ Coke or Coal | ☐ House | ☐ Oversize or Overweight Loads |
| ☐ Contaminated Dirt | ☐ Household Goods | ☐ Sand and/or Gravel |
| ☐ Fireworks | ☐ Livestock | ☐ Scrap, Waste, Garbage, Trash or Refuse |
| ☐ Gasoline, LPG, Butane or Propane | ☐ Logging or Pulpwood | ☐ Swinging Meat |

**Are ANY of the following commodities transported in quantities requiring placarding?**

| ☐ Anhydrous Ammonia | ☐ Etiologic Agents | ☐ Poison A or B |
|---|---|---|
| ☐ Chemicals | ☐ Explosives or Blasting Agents | ☐ Radioactive Materials |
| ☐ Corrosive Material | ☐ Explosives, Class A, B or C | ☐ Any Material that is classified as Toxic by Inhalation |
| ☐ Cryogenic Liquid | ☐ Flammable Solids | |

**Does Applicant engage in ANY of the following?**

| ☐ Automobile Dismantling | ☐ Drive-Away Contracting | ☐ Oilfield Operations |
|---|---|---|
| ☐ Catering | ☐ Driver Training School | ☐ Public Livery |
| ☐ Circus or Carnival Operation | ☐ Emergency Transportation | ☐ Rigging or Using Mobile Cranes |

**Areas of Operations**

| | |
|---|---|
| Maximum miles radius operated by any one vehicle? | |
| Does Applicant ever enter Canada? | NO |
| Does Applicant ever enter Mexico? | NO |
| Please enter percentage of projected mileage: | |
| National Radius (Over 500 miles) | % |
| Intermediate Radius (200 to 500 miles) | % |
| Regional Radius (0 to 200 miles) | % |

**Ratings**

| | |
|---|---|
| SAFER Carrier Safety Rating | NONE |
| CSA -- Unsafe Driving | 0 % |
| CSA -- Fatigued Driving | 0 % |
| CSA -- Driver Fitness | 0 % |
| CSA -- Controlled Substances and Alcohol | 0 % |
| CSA -- Vehicle Maintenance | 0 % |
| CSA -- Cargo Related | 0 % |
| CSA -- Crash Indicator | 0 % |

| ☐ Deliveries Using Armored Trucks | ☐ Towing Other Vehicles For Hire | ☐ Messenger, Courier, or Other Time Constraint Deliveries |
|---|---|---|
| ☐ Demolition | ☐ Mix-In-Transit | ☐ Truck Leasing or Truck Rental |

*Additional Interests*

Loss Payees

| Name | Company | Street Address | Zip | City | State | Interest Type | Vehicle | Added |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Page 3 of 6

*18*
TF

## Prior Carrier & Loss History

Have you had any insurance cancelled, declined or non-renewed in the last three years (not applicable in Missouri)? [ ] Yes [ ] No
Please explain:

Prior Carrier Information – Last 3 Years

Loss History Information

### Loss Run(s)

Are there any Losses over $50,000? [X] No [ ] Yes
Please explain:

Work Experience for New Ventures

| | Company Name | | | |
|---|---|---|---|---|
| 1 | SEE FILE | | | |

## Driver Schedule

### Driver Information

| | State | First Name | Middle Name | Last Name | | | | Class | Hire Date | MVR | CDL Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CA | SAAC | | SHUKEIM | | | | 3 | A | VALID | |
| 2 | CA | TAWAAN | BEARD | FLOWERS | | | | A | | VALID | |

## Driver General Information

### Driver Supplement

| | |
|---|---|
| Total number of employees? | |
| Number of Employed drivers? | |
| Number of drivers hired during the past 12 months? | |
| Number of drivers replaced during the past 12 months? | |
| Are MVRs reviewed before hiring or leasing a driver? | [ ] No [X] Yes |
| How often are MVRs checked on employed drivers? | |
| How many years experience is required for prospective drivers? | |
| Are all drivers listed in the Driver Schedule herein? | [ ] No [X] Yes |
| Are drivers accompanied by anyone? | [X] No [ ] Yes   Please explain: |
| Do you currently use team drivers? | [X] No [ ] Yes |
| Driver age requirements: | Minimum Age:        Maximum Age: |

## NOTICE

This policy is issued by your risk retention group. Your risk retention group may not be subject to all of the insurance laws and regulations of your state. State insurance insolvency guaranty funds are not available for your risk retention group.

SOUTHWIND RISK RETENTION GROUP, INC. ("SOUTHWIND RRG" or "Company"), A Risk Retention Group under the domiciliary regulator, the North Carolina Division of Insurance.
SOUTHWIND RRG's Administrator is MHC MANAGING GENERAL AGENCY LLC.

This application shall not be binding unless and until a policy is issued and a payment made and then only as of the commencement date of the policy and in accordance with the terms of this Application and of the policy. The Applicant hereby covenants and agrees that the statements and answers contained in this Application are a just, full and true exposition of all facts and circumstances with regard to the risk to be insured, insofar as the same are known to the Applicant.  This Application and the information provided herein are made the basis for and the condition of the insurance, and are representations on the part of the Applicant.  Material or fraudulent representations may prevent recovery on the policy.

If the laws or regulations of any city, county, regulatory body, state or states in which the Applicant intends to operate, or if the Department of Transportation or Federal Motor Carrier Safety Administration require a special endorsement or rider to be attached to the policy, the Applicant hereby agrees that if the Company shall be obligated to pay any claim which it would not have been required to pay except for such endorsement or rider, the Applicant shall reimburse the Company for any and all claims and disbursements of every kind, including loss payments, costs and expenses paid in connection with such claim, and expenses incurred by the Company in enforcing the terms of this Application and the policy. The terms of this Application shall apply not only to the original policy or policies issued in connection with this Application, but also to any renewals or extensions thereof.

It is mutually understood and agreed between the Company and the Applicant that any inspection of autos, vehicles, equipment, premises, operations, or any other matter pertaining to insurance provided by the Company is made for the use and benefit of the Company only, and is not to be relied upon by the Applicant in any respect.

THE APPLICANT, BY HIS/HER SIGNATURE CONFIRMS FULL KNOWLEDGE OF ALL OF THE ABOVE, AND FULL KNOWLEDGE OF, AND ADHERENCE TO, CURRENT D.O.T. SAFETY REGULATIONS. THE APPLICANT, BY HIS/HER SIGNATURE CONFIRMS THAT HE/SHE HAS FULL KNOWLEDGE OF THE INFORMATION COMPLETED IN ALL RELEVANT SECTIONS OF THIS APPLICATION PRIOR TO EXECUTION AND THAT THE APPLICANT HAS PERSONALLY SIGNED BELOW.

APPLICANT'S NAME AND TITLE: Isaac Flower   Owner

APPLICANT'S SIGNATURE:          DATE: 01/25/2024
(Must be signed by an active owner, partner or executive officer)

PRODUCER'S SIGNATURE:

NOTICE

**This policy is issued by your risk retention group. Your risk retention group may not be subject to all of the insurance laws and regulations of your state. State insurance insolvency guaranty funds are not available for your risk retention group.**

Page 5 of 6


SOUTHWIND

**Commercial Auto Liability Insurance: Application**
Quote: Q016247          Date:          01/10/2024

## SUBSCRIPTION AGREEMENT

Southwind Risk Retention Group, Inc.,

The undersigned subscriber, on this 10th day of January, 2021, hereby subscribes for one (1) share of Class B common stock of Southwind Risk Retention Group, Inc. for a total price of 1 dollar and other valuable consideration, the receipt and sufficiency of which is hereby acknowledged. The undersigned acknowledges that this Class B share shall be valued at 1/100th the value of a Class A share of the Corporation.

The undersigned further acknowledges that this stock contains no voting rights and shall be cancellable upon the termination (either by the Corporation or at the Subscriber's request) of any contract of insurance with the Corporation. The undersigned further acknowledges that additional equity contributions may be required to maintain ownership of this share and permit the subscriber to renew any associated insurance coverage. Any dividends that shall be declared on this stock shall be paid only in premium credit on renewal policies and may not be converted to cash.

SUBSCRIBER:

COACH-AIR LLC

By: _____
Isaac Flowers (Jan 26, 2024 10:46 PST)
Name: ISAAC FLOWERS
Title:
          Owner

ACCEPTED:

SOUTHWIND RISK RETENTION GROUP, INC.

By: _____
Name: Michael Hunter
Title: President

## NOTICE

This policy is issued by your risk retention group. Your risk retention group may not be subject to all of the insurance laws and regulations of your state. State insurance insolvency guaranty funds are not available for your risk retention group.

**ACORD®**

AGENCY CUSTOMER ID: _____

## FRAUD STATEMENTS

| AGENCY | | CARRIER | NAIC CODE |
|---|---|---|---|
| Southwestern Insurance Services Inc | | SOUTHWIND RISK RETENTION GROUP, INC. | 17198 |

| POLICY NUMBER | EFFECTIVE DATE | APPLICANT / NAMED INSURED | |
|---|---|---|---|
| To Be Assigned | To Be Assigned | COACH-AIR LLC | |

**Applicable in AL, AR, DC, LA, MD, NM, RI and WV**
Any person who knowingly (or willfully)* presents a false or fraudulent claim for payment of a loss or benefit or knowingly (or willfully)* presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. *Applies in MD Only.

**Applicable in CO**
It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Applicable in FL and OK**
Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony (of the third degree)*. *Applies in FL Only.

**Applicable in KS**
Any person who, knowingly and with intent to defraud, presents, causes to be presented or prepares with knowledge or belief that it will be presented to or by an insurer, purported insurer, broker or any agent thereof, any written statement as part of, or in support of, an application for the issuance of, or the rating of an insurance policy for personal or commercial insurance, or a claim for payment or other benefit pursuant to an insurance policy for commercial or personal insurance which such person knows to contain materially false information concerning any fact material thereto; or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act.

**Applicable in KY, NY, OH and PA**
Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties* (not to exceed five thousand dollars and the stated value of the claim for each such violation)*. *Applies in NY Only.

**Applicable in ME, TN, VA and WA**
It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties (may)* include imprisonment, fines and denial of insurance benefits. *Applies in ME Only.

**Applicable in NJ**
Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

**Applicable in OR**
Any person who knowingly and with intent to defraud or solicit another to defraud the insurer by submitting an application containing a false statement as to any material fact may be violating state law.

**Applicable in PR**
Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances [be] present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

| _Isaac Flowers (Jan 26, 2024 10:46 PST)_ | 01/25/2024 |
|---|---|
| APPLICANT'S SIGNATURE | DATE (MM/DD/YYYY) |

© 1997-2013 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

ACORDs provided by Forms Boss. www.FormsBoss.com; (c) Impressive Publishing 800-208-1977

IL U 001 09 03

# CALIFORNIA UNINSURED MOTORISTS COVERAGE SELECTION/REJECTION

| Applicant/Named Insured: |
|---|
| COACH-AIR LLC |
| **Company:** |
| SOUTHWIND RISK RETENTION GROUP, INC. |

California law permits you to make certain decisions regarding Uninsured Motorists Coverage. This document describes this coverage and the options available.

You should read this document carefully and contact us or your agent if you have any questions regarding Uninsured Motorists Coverage and your options with respect to this coverage.

This document includes general descriptions of coverage. However, no coverage is provided by this document. You should read your policy and review your Declarations Page(s) and/or Schedule(s) for complete information on the coverages you are provided.

### A. Mandatory Offer Of Bodily Injury Uninsured Motorists Coverage

Please indicate your choices by initialing next to the appropriate item(s) below.

**1. Selection Of Bodily Injury Uninsured Motorists Coverage**

| (Initials) | |
|---|---|
| _____ | I select Bodily Injury Uninsured Motorists Coverage at limits equal to the limits of my Bodily Injury Liability Coverage (split limits) or Combined Single Limit for Liability Coverage. |

**2. Rejection Of Bodily Injury Uninsured Motorists Coverage**

The California Insurance Code requires that we provide you with the following information:

"The California Insurance Code requires an insurer to provide uninsured motorists coverage in each bodily injury liability insurance policy it issues covering liability arising out of the ownership, maintenance, or use of a motor vehicle. Those provisions also permit the insurer and the applicant to delete the coverage completely or to delete the coverage when a motor vehicle is operated by a natural person or persons designated by name. Uninsured motorists coverage insures the insured, his or her heirs, or legal representatives for all sums within the limits established by law, which the person or persons are legally entitled to recover as damages for bodily injury, including any resulting sickness, disease, or death, to the insured from the owner or operator of an uninsured motor vehicle not owned or operated by the insured or a resident of the same household. An uninsured motor vehicle includes an underinsured motor vehicle as defined in subdivision (p) of Section 11580.2 of the Insurance Code".

© ISO Properties, Inc., 2003

| (Initials) | |
|---|---|
| *LB* | I reject Bodily Injury Uninsured Motorists Coverage entirely. |
| | I delete Bodily Injury Uninsured Motorists Coverage only with respect to the following individuals: |
| | (Name of Excluded Driver(s)) |

**3. Lower Limit(s) For Bodily Injury Uninsured Motorists Coverage**

The California Insurance Code requires that we provide you with the following information:

"The California Insurance Code requires an insurer to provide uninsured motorists coverage in each bodily injury liability insurance policy it issues covering liability arising out of the ownership, maintenance, or use of a motor vehicle. Those provisions also permit the insurer and the applicant to agree to provide the coverage in an amount less than that required by subdivision (m) of Section 11580.2 of the Insurance Code but not less than the financial responsibility requirements. Uninsured motorists coverage insures the insured, his or her heirs, or legal representatives for all sums within the limits established by law, which the person or persons are legally entitled to recover as damages for bodily injury, including any resulting sickness, disease, or death, to the insured from the owner or operator of an uninsured motor vehicle not owned or operated by the insured or a resident of the same household. An uninsured motor vehicle includes an underinsured motor vehicle as defined in subdivision (p) of Section 11580.2 of the Insurance Code".

(Initials)

_____

I reject Bodily Injury Uninsured Motorists Coverage at limits equal to my Bodily Injury Liability Coverage (split limits) or Combined Single Limit for Liability Coverage and I select the following lower limits.

(Choose one):

| (Initials) | Split Limits | OR | (Initials) | Combined Single Limit |
|---|---|---|---|---|
| _____ | $ 15,000/30,000 | | _____ | $ 30,000 |
| _____ | 20,000/40,000 | | _____ | 40,000 |
| _____ | 25,000/50,000 | | _____ | 50,000 |
| _____ | 30,000/60,000 | | _____ | 60,000 |
| _____ | 50,000/100,000 | | _____ | 100,000 |
| _____ | 100,000/300,000 | | _____ | 250,000 |
| _____ | 250,000/500,000 | | _____ | 300,000 |
| _____ | 500,000/1,000,000 | | _____ | 500,000 |
| _JB_ | $ _____0_____ | | _____ | 1,000,000 |
| | (Other) | | _JB_ | $ _____0_____ |
| | | | | (Other) |

**B. Mandatory Offer Of Property Damage Uninsured Motorists Coverage**

Uninsured Motorists Coverage may also include Property Damage Uninsured Motorists Coverage. Property Damage Uninsured Motorists Coverage provides insurance protection to an insured for compensatory damages for injury or destruction of a covered auto caused by an automobile accident which an insured is legally entitled to recover from the owner or operator of certain types of uninsured motor vehicles. However, Property Damage Uninsured Motorists Coverage is available only:

1. If you have not rejected Bodily Injury Uninsured Motorists Coverage; and

2. For autos for which you have not purchased Collision Coverage.

IL U 001 09 03                        © ISO Properties, Inc., 2003                        Page 3 of 4

Please indicate your choices by initialing next to the appropriate item(s) below.

| (Initials) | I select Property Damage Uninsured Motorists Coverage at a limit of $3,500 for each accident for the following vehicle(s): |
|---|---|
| | **(Specify Year/Make/Model)** |

| (Initials) | |
|---|---|
| _IF_ | I reject Property Damage Uninsured Motorists Coverage entirely. |
| | I delete Property Damage Uninsured Motorists Coverage only with respect to the following individuals: |
| | **(Name of Excluded Driver(s))** |

Isaac Flowers (Jan 26, 2024 10:46 PST)

**Applicant's/Named Insured's Signature**

01/25/2024

**Date**

© ISO Properties, Inc., 2003

IL U 001 09 03

# Driver Schedule

Policy Number:

Insured Name: COACH-AIR LLC

| Driver | License State | License Number | First Name | Last Name | Cell Phone Number | DOB | Gender | Marital Status | CDL Date | Date of Hire | MVR Pts | AF Acc | NAF Acc | Major Viol | Minor Viol | Excl? Y/N | Excluded Data | Download Y/N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **DRIVER** | | | | | | **DRIVING RECORD** | | | **EXCLUSIONS** | | |
| 1 | CA | | ISAAC | FLOWERS | | | | | | | | | | | | N | | N |
| 2 | CA | | SHUKEEM | BEARD | | | | | | | | | | | | Y | | N |

Isaac Flowers (Jan 26, 2024 09:46 PST)

Southwind Driver Schedule

Page 1 of 1



**SOUTHWIND**
RISK RETENTION GROUP

## Agreement to Report All Drivers and Vehicles to Policy

**The Commercial Auto Policy offers coverage for scheduled vehicles and drivers only.**

This is a condition of SOUTHWIND RISK RETENTION GROUP, INC. (SOUTHWIND RRG) that all insureds must agree to and abide. All drivers that may drive an owned, non-owned, or hired (leased, hired, rented, or borrowed) auto used in connection within the business of the Named Insured **must be reported and approved prior to driving an insured vehicle.**

The new driver must be approved by SOUTHWIND RRG Underwriter before driving an insured vehicle(s). This applies for any, and all vehicles. The auto must be added to the policy with a driver and when deleting one you need to delete a driver unless the auto is a substitution or replacement. This Reporting Condition applies for all Policies and coverages.

**A current and acceptable MVR must be submitted for prior approval for all drivers. An unacceptable MVR or driver with insufficient experience will not be bound or added to the policy.**

**I understand these conditions. I will report all drivers upon hiring and adding vehicles. Failure to do so may result in declination of claims.**

You must notify us immediately of any changes that you wish to make on any of the attached Policy Forms.

**Signatures must be by authorized representative and be legible**

Signed by Insured:  _Isaac Flowers (Jan 26, 2024 10:46 PST)_          Date:  01/25/24

Signed by Agent:  _____          Date:  01/25/24

Agency Name: SOUTHWESTERN INSURANCE SERVICES, INC.



**SOUTHWIND**

### FILINGS REQUEST FORM – TRANSPORTATION UNDERWRITING

Today's Date: 01/10/2024                          Policy Number:

**Insured's name and address must be the same for all filings requested**

Insured's Name (exactly as shown on operating authority):
COACH-AIR LLC

Physical Address: 1653 GLENMORE DR          Phone Number:

City, State and Zip Code: FAIRFIELD, CA 94533

Risk is: INTERSTATE

Filing Effective Date: 2024-01-10          Policy Effective Dates: 01/10/2024 to 01/10/2025

Minimum Primary Liability Limits Required: $1,000,000.00

**Insured has verified that liability limit is adequate for all filings:**

Federal Filings: BMC-91X-Liability

　　　　　Authority Number:

　　　　　Garage State: CA

State(s), State Specific #(s), State Specific Forms Required:

State Filings:

　　　　　Authority Number (i.e. CA#)

Insured Acceptance:  _____
Isaac Flowers (Jan 26, 2024 10:46 PST)

M-5150b (12/2007)

# TERRORISM RISK INSURANCE ENDORSEMENT

## NOTICE TO POLICYHOLDERS REQUIRED UNDER TERRORISM RISK INSURANCE ACT OF 2002

Pursuant to the requirements of the Terrorism Risk Insurance Act of 2002 (the "Act"), including all amendments thereto, we advise you of the following information:

Coverage for acts of terrorism is included in this policy subject to the terms, conditions, limits and exclusions contained therein.  Under this coverage, certain losses caused by certified acts of terrorism may be partially reimbursed by the United States under a formula established by federal law.  Under this formula, the United States pays a portion (85% in Calendar Year 2008 through expiration) of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.  While your insurer faces significant exposure under your policy for losses caused by acts of terrorism, the premium you paid for the policy does not reflect that exposure.  **Consequently, no premium is currently being charged on your policy for the risk of losses caused by certified acts of terrorism.**

THERE IS AN ANNUAL LIABILITY CAP FOR COVERED TERRORISM LOSSES UNDER THE ACT EQUAL TO $100,000,000,000 OF AGGREGATE INSURED LOSSES AS DEFINED IN THE ACT. LOSSES PAID UNDER THIS COVERAGE WILL BE PARTIALLY REIMBURSED BY THE UNITED STATES UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. UNDER THIS FORMULA, THE UNITED STATES PAYS A PORTION (85% IN CALENDAR YEAR 2008 THROUGH EXPIRATION) OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. ANY INSURER THAT HAS SATISFIED THEIR STATUTORILY ESTABLISHED DEDUCTIBLE IS NOT LIABLE FOR AND THE UNITED STATES SECRETARY OF THE TREASURY IS NOT AUTHORIZED TO PAY ANY PORTION OF SUCH LOSSES EXCEEDING THE CAP ON ANNUAL LIABILITY OF $100,000,000,000.

Premium on renewal of your coverage may be charged for you to maintain coverage for losses arising out of acts of terrorism.  In that event you will be informed of such charges to the extent required by federal or state law.

| Company Name SOUTHWIND RISK RETENTION GROUP, INC | Policy Number |
| --- | --- |
| | Endorsement Effective 01/10/2024 |
| Named Insured **COACH-AIR LLC** | Countersigned at |
| | By _(Authorized Representative)_ |

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

M-5150b (12/2007)

Isaac Flowers (Jan 26, 2024 10:46 PST)



## Southwind Risk Retention Group Program
### Insured Acknowledgement to Disclosure/Conditions

Coverage is offered through Southwind RRG for Commercial Automobile Liability. Southwind RRG (NAIC 17198) is non-rated with AM Best. Please refer to the attached proposal for coverage and rating details.

Please review the attached proposal for coverage and premium for each vehicle, symbols included, filings included, driver guidelines, individual coverages, terms, conditions, and rating detail, etc.
Terms offered may differ from your application. Please review terms and conditions carefully.

Please confirm with your client, agent and/or shippers that they will accept Southwind RRG being non-rated with AM Best, prior to binding. This Risk Retention Group may not be subject to all the insurance laws of your state. State Insurance Insolvency Guarantee Funds are not available for the Southwind Risk Retention Group.

Southwind RRG does not offer coverage for Hazardous Material Haulers (or similar exposures), nor oversize/overweight exposures. OS32 OS/OW filing is not available with this program. UIIA Endorsement is not available with this program.

- Carrier: Southwind Risk Retention Group, Inc. (Southwind RRG); NAIC 17198
- Power Unit Counts: Rapid Growth is subject to a surcharge.
- Driver to Vehicle Ratios: 1/1; driver counts exceeding Power Unit Counts may be surcharged and are subject to underwriting approval
- Team Driving is subject to approval. If reviewed and approved, Units with two (2) drivers will be charged a surcharge per extra driver.
- Southwind continuously monitors for unreported units and drivers. If found, Southwind will issue a "Notice of Cancellation" and cancel the federal filing immediately.
- All drivers must be reported for approval.
- Refer to company driver guidelines.
- Drivers with less than 1 year of experience may be considered, with a surcharge and clean MVR.
- Double or triple trailers are excluded.
- There is no coverage for passengers.
- Blanket Waiver Of Subrogation and Additional Insured endorsements may be available upon request, subject to approval. Additional Insured will not generate a charge but Blanket Waiver is a $150 fee.
- Minimum Earned: 25% Minimum Earned Premium.
- Any unpaid deductible of $1,000 or other amount as quoted, may generate a policy notice of cancellation.
- Filings are issued at minimum required limits by state.
- Vehicle exchanges or replacements may be considered if requested for exchange in the same month.
- Safety/Claims TPA:  Claims Direct Access ("CDA") cda@primeis.com - Phone: (877) 585- 2849
- If a driver does NOT qualify for the program the driver is required to sign a driver exclusion.
- Please note that when and if the client crosses state lines, UM/UIM/PIP/Medical Payments revert to those state's minimums.
- Non-Trucking Liability is excluded.
- TRIA is excluded under this policy.

- Drivers must be submitted for approval- they are not automatically covered until we receive formal written approval from the carrier (typically a 48-hour turn-around time).

### DRIVER GUIDELINES

- MVRs reviewed on a 36 basis for minor violations. No more than 4 minor violations are allowed. No major violations within last 5 years. Major violation examples: reckless driving, DUI, evading a police officer, etc.
- No more than 1 at fault accident.
- Police reports needed for accidents on MVR within the last 3 years.
- Mexico CDL's are accepted with proof of CDL experience, copy of the drivers license, and pole document.

### Age of Driver:

- 21-75 years old.
- Drivers 21-23 must have clean MVR and more than 1 year of CDL experience.
- Southwind will accept drivers up to 75 years old with a surcharge; MVR must be clean and drivers over 65 years old must present an acceptable long form medical certificate

### CDL Experience:

- Southwind requires 1 year of CDL experience.
- Less than 1 year CDL experience can be considered if the MVR is clean and will be assessed a surcharge.

Southwind RRG requires a Capitalization Fee in the amount of 15% per power unit, a Policy Admin Fee of $350 per power unit, and an SMFI Fee of 7% per power unit. These fees can be financed.

An $85 Reinstatement Fee will be charged for all reinstatement requests. The Reinstatement Fee is fully earned.

## COACH-AIR LLC

**Insured's Name (Printed)**

Isaac Flowers (Jun 26, 2024 10:46 PST)

**Insured's Signature**

Owner

**Insured's Title**

01/25/2024

**Date Signed**

**Agent's Signature**

01/25/2024

**Date Signed**

## Risk Retention Group Acknowledgement

Please note, Southwind RRG Inc is a Risk Retention Group and this policy is issued by a Risk Retention Group. This Risk Retention Group may not be subject to all of the insurance laws and regulations in your State. This Risk Retention Group is not covered by, nor are you protected under, any State insurance insolvency guaranty fund. As a member of a Risk Retention Group, you acknowledge that you assume shared liability on behalf of its members.

Isaac Flowers (Jan 26, 2024 10:46 PST)                     Owner                          26/01/2024

Insured Signature / Title                                                                  Date

Proposal For Insurance For Members Of Southern Kentucky Trucking Association

**Effective Date:** 01/26/2024

**Company Name:** Coach Air LLC

**Address:** 1653 GLENMORE DR Fairfield CA 94533

**Owner's Name (first, last)** Isaac Flowers

**Cell Phone Number:**

**Email Address:**

**Cargo / Commodities Hauled:** SEE ATTATCHED

**Number of Years in Business:** 2 YEARS

**MC Number:** 1361726

**DOT Number:** 3792389

**Radius of Operation:** 500+ MILES

*ALL FIELDS MUST BE COMPLETE IN ORDER TO BIND.*

**Equipment List:**

| Item # | Year | Make | Type (truck/trailer) | VIN # | Stated Value (USD) |
|---|---|---|---|---|---|
| 1 | 2019 | INTERNATIONAL | TRUCK | 3HSDZAPR9KN319142 | $75,000 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

**Driver Information:**

| | Name | D.O.B. | # of Years CDL Held | Major Violations | Drivers License # | # of Points in last 3 years*** |
|---|---|---|---|---|---|---|
| 1 | ISAAC FLOWER | | 2 YEARS | SEE MVR | | SEE MVR |
| 2 | SHUKEEM BEARD | | 2 YEARS | SEE MVR | | SEE MVR |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

Provide details on your driver hiring/contracting process:

| Driver turnover year over year: | 0 | % | Minimum Age of Drivers: | 25 | Maximum Age of Drivers: | 65 |

MVRs ordered? Yes ✓ No ☐

\* Please provide full details of all Major violations within the last 5 years

\*\* If Total points during the last 12 months exceed 3 then please provide copy of MVR at time of quoting.

Page 1 of 5

## NON TRUCKING LIABILITY

| Is Non Trucking Liability coverage required? | YES ☐ | NO ☑ | Limit:  $1,000,000 |

**MOTOR CARRIER LEASED TO:**                                                              **DOT NUMBER:**

No Long Term LEASE AGREEMENT No Coverage. ONLY POWER UNITS SPECIFICALLY SCHEDULED FOR WHICH A PREMIUM IS PAID THAT ARE EITHER OWNED OR ON A SPECIFICALLY WRITTEN LONG TERM LEASE (EXCESS OF 30 DAYS) WITH A MOTOR CARRIER THAT HAS AN ACTIVE MOTOR CARRIER (MC#) ON FILE WITH THE FEDERAL SAFETY ADMINISTRATION WITH A CURRENT ACTIVE MCS 90 ON FILE ARE ELIGIBLE FOR COVERAGE. NO EXCEPTIONS.LEASE AGREEMENTS FOR TERMS OF 29 DAYS OR LESS, WHICH INCLUDES "TRIP LEASING" ARE SPECIFICALLY EXCLUDED FROM ANY AND ALL COVERAGE.

## AUTO PHYSICAL DAMAGE

| Is Physical Damage coverage required? | YES ☑ | NO ☐ | | |
|---|---|---|---|---|
| TOWING & CLEANUP LIMIT | $5,000 | $10,000 ☑ | $20,000 | $25,000 ☐ |
| Deductible Required | $1,000 | $2,500 ☑ | $5,000 | |

Automobile Physical Damage Loss Record:   ( Hard Copy Loss History from your Previous Insurance(s) or a Signed Statement of your Loss History will be required prior to binding.

| | Number of Claims | Amount Paid | Amount O/S |
|---|---|---|---|
| Current Year | 0 | 0 | 0 |
| 1st Prior | 0 | 0 | 0 |
| 2nd Prior | 0 | 0 | 0 |

| Is vehicle(s) owner-driven? | Yes ☑ | No ☐ |

If more than one vehicle covered, what is the estimated maximum possible terminal loss?  $

| Will you ever use hired equipment? | Yes ☐ | No ☑ |
| Will any equipment ever be loaned or rented to others? | Yes ☐ | No ☑ |
| Is equipment regularly inspected/serviced? | Yes ☑ | No ☐ |

## Motor Truck Cargo

**Is Motor Truck Cargo Coverage Required?** Yes ✓  No ☐

**Type of Carrier** Common: ✓  Contract: ☐  Private: ☐

**Commodities Carried**

| Type of Cargo | Max. Value | Ave. Value | Percentage |
|---|---|---|---|
| SEE ATTATCHED | | | % |
| | | | % |
| | | | % |
| | | | % |
| | | | % |

**Radius of Use approximate percentage of trips within:**

| 0-250 Miles | % | 251-500 Miles | 25 % | Over 500 Miles | .75 % |
|---|---|---|---|---|---|

**Limits Required** Per Vehicle $ 100,000   Per Occurrence $ 100,000   Average Value: $ 50,000

**Deductible Required** $1,000 ✓   $2,500 ☐   $5,000 ☐   Max Value: $ 50,000

**Is Refrigeration Breakdown Required** Yes ☐   No ✓

**Gross Receipt Current Year** $

**Estimated Gross Receipt next 12 months** $

**Is Trailer Interchange Required?** Yes ✓   No ☐

If Yes: **Number of Trailers** 1   **Number of Days** 365

**Motor Truck Cargo Loss**

( Hard Copy Loss History from your Previous Insurance(s) or a Signed Statement of your Loss History will be required prior to binding)

| | Number of Claims | Amount Paid | Amount O/S |
|---|---|---|---|
| Current Year | 0 | 0 | 0 |
| 1st Prior | 0 | 0 | 0 |
| 2nd Prior | 0 | 0 | 0 |

Provide details on steps taken to secure vehicle whenever left unoccupied. PLACED IN A SAFE AND SECURE LOCATION, LOCKED

Who secures the loads? BOTH PARTIES

Do you subcontract loads to other parties ? Yes ☐   No ✓

If so please provide details:

Page 3 of 5

**Any of the following commodity types hauled or Exposures as Identified? :**

| | | |
|---|---|---|
| 1. Hazardous, Toxic, | Yes ☐ | No ☑ |
| 2. Medical – Blood or Tissue, | Yes ☐ | No ☑ |
| 3. Autos, Boats, RVs, Mobile | Yes ☐ | No ☑ |
| 4. Oil, Coal, Gas, or Fracking | Yes ☐ | No ☑ |
| 5. Any specialized Delivery? | Yes ☐ | No ☑ |
| 6. Crane Attached? | Yes ☐ | No ☑ |
| 7. Escorted Loads? | Yes ☐ | No ☑ |
| 8. Oversize or Overweight | Yes ☐ | No ☑ |
| 9. Precious Stones or Metals | Yes ☐ | No ☑ |

Explain if Yes:

10. Tobacco, Tobacco Products or Liquor?      Yes ☐      No ☑

*If Yes (liquor/tobacco) then checkmark any of the below that apply*

10a. Alarm System for the transport?      ☐

10b. Tracking System on the Products?      ☐

10c. Check IF Not Any Product Advertisement on Transport Units      ☐

Declaration

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime. I/We hereby declare that the statements and particulars given on this form are true to the best of my/our knowledge and belief and that I/we have not suppressed, withheld or modified any material fact(s). I/We agree that should a policy be issued, this form INCLUDING THE DRIVER EXCLUSIONS AS PER QUESTION 12 shall be the basis of the contract, and that any change in the pattern of my/our trade or trade practices shall be advised to the Underwriters as soon as possible who/may, at their discretion, vary the terms and conditions of the contract.

Signed:  _____        Dated: 01/26/2024

Position: OWNER

Page 5 of 5